Exhibit A to the Complaint

**Location:** Wahiawa, HI  
**Total Works Infringed:** 35

**IP Address:** 72.234.190.53  
**ISP:** Hawaiian Telcom

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AD5D3EADEBC6DCA76B6FEB9CA53D9EF59AC1E2EA<br>File Hash:<br>908E4B03FE3B80FD06BCF84093FA345E52631F34FCF13153ED22042ADAA0B81B | 10-29-2023 02:00:41 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 2 | Info Hash: 2D80D6E659AEBC1C055D76199363C6D3A6E17EC4<br>File Hash:<br>0467C7C351660CCEAB39C5655AA1FAD4C19C70A18BF857CEFF8F4E8451F67A4B | 10-28-2023 09:57:06 | Slayed | 10-14-2021 | 11-01-2021 | PA0002326407 |
| 3 | Info Hash: 5A784F15B5B95593F12D49B6ADC365B913F49AA6<br>File Hash:<br>F701B7B3A8459C288A60F7441AB6DF8EC28360976518E63DAAF9BE43BCC80409 | 06-14-2023 05:39:50 | Slayed | 09-29-2021 | 11-01-2021 | PA0002326409 |
| 4 | Info Hash: 2B0482E927B74410E6681C7FCE8FBC85F8E72290<br>File Hash:<br>36EA0D4EA2312C099982E8627110E3CA79AE747EB73D1716380663938F5CECE4 | 05-03-2023 09:41:50 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 5 | Info Hash: EB233957C77615D33399042DAF692F2D4FE0AE5D<br>File Hash:<br>864C91382949DC3406DB6B2F9094F65973336FF35AA67F2A2E7911CBB93FD066 | 04-16-2023 04:22:01 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 6 | Info Hash: 79ACD5EEE24D42098FB0F2C3DE8FE23B03EFC9EF<br>File Hash:<br>36AAEE21A580AA8AF6CAE9FA78A8320D48D8EE600090F3CE6EA134CB4622359E | 04-08-2023 21:33:30 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 7 | Info Hash: D007939C196E714934D309C2E84ED289D4BF376E<br>File Hash:<br>8D459BA4F9138F554769670171DC2133D2F033D562A56EC557E567C842410511 | 03-01-2023 08:24:09 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 8 | Info Hash: 73C61F6E28F07C3A491345FA41BD7B778949F2B6<br>File Hash:<br>BDF5F252B91D84E7C2045A7874A8B618CD00C8559CAC90E80FD6DA3CD19A1CCE | 02-06-2023 00:22:12 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 9 | Info Hash: 0C7C0FFEBB915CBDB23C1156E546410114F13595<br>File Hash:<br>906D70E2668FF52D3F6D62652C3C1298B93B4D72509E953A85B9F195E640BB41 | 02-03-2023 13:53:17 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 10 | Info Hash: 249A6D0AC42FF4E447393955475F6287AEA3D02E<br>File Hash:<br>932CCDAB2F979E51013ECE1B20CDEAC249ECE03799AD7C91B6C0703962A216AE | 01-15-2023 16:37:31 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 11 | Info Hash: 0826C1E2802A169F584F0A9A756525CA00377A9A<br>File Hash:<br>14F754625678403BB44C4CE512494FEBCEA520060DC40E395CEAA1A2DD7D9238 | 01-02-2023 17:10:14 | Blacked | 05-25-2019 | 06-13-2019 | PA0002180952 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 12-04-2022 00:59:19 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 13 | Info Hash: 1728CB5F8700CB059FF02BBFCEB8884985F57CD7<br>File Hash: 3031212457D6D3977B24E542FD2BD9DB5EC49B47F6E305DED4DE803836F8D750 | 12-01-2022 23:40:36 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 14 | Info Hash: 167C517974AA9DA4667F71C69CAEE827B4E4AEC6<br>File Hash: CEDEB9BD31C0DD2AFC95A70BFACB8483AED2E5F1ACD83DB0936CC10142104658 | 12-01-2022 23:36:47 | Slayed | 12-28-2021 | 02-03-2022 | PA0002341801 |
| 15 | Info Hash: D587F487F1E7C828A591E34C3BE2B443D57BD17B<br>File Hash: 4A6690EFF814EBF7C2B83DA61CFC3C128F709B7D3BAF1F95A58723A56FAB7E3F | 11-13-2022 17:22:40 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 16 | Info Hash: 02B200AFD5D416850D899F894E32962D38B4F970<br>File Hash: DF2B35712525DE76E6177BB64A6EED32F325744A6C593703B7D340E600A52C9D | 11-03-2022 05:34:45 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 17 | Info Hash: ECD39322E9372F18CAC8CBAF96C3F2806A522BAB<br>File Hash: EB031B9F05371FB0A2384DF6E0459938166B0752B3A24BC5909F5F70A226C3B6 | 10-29-2022 13:59:20 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 18 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash: 3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 10-19-2022 04:08:44 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 19 | Info Hash: 7028BD3FF517E728D71423557D5E29851CAAA46F<br>File Hash: 5811F6144128A1A19D7F9B7C4E566067A40C38CBFC90A2C0261F5AD78DAF144A | 10-16-2022 05:55:57 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 20 | Info Hash: 1ADF567C8EA7526F2E5165E2152FD305348EA10E<br>File Hash: E1EE54F3756FC3C45269EB56CD5109F9C6B6B6A4F6A3AE9BC260858AB1B65895 | 09-23-2022 02:25:07 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 21 | Info Hash: E90115F8B4EDB83CCE5CFD1711E21AAB8BFD0892<br>File Hash: 9CEE06823BBE8F033CAA7203AD4A26D243283B180012CD6182E454F7F89B26B0 | 09-22-2022 00:23:11 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 22 | Info Hash: A15B4738B216B9D554514B7F3098B3FF9611CB9F<br>File Hash: 6E7146AC550FC8BECE62CCBDCC48377CFB2A0AE523EA3E15ABCECD041E3E1CE1 | 09-10-2022 08:09:08 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 23 | Info Hash: D06AB91E5EC9DD614EE06D7A9D66B39098C5CA39<br>File Hash: ED9B2E28D316902C0B88D6FBD5F7156F73449AFB1596377BB3CB6941378A9A5C | 09-03-2022 14:33:23 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F3A4C606AE4779EB23F5F89B8D43D02963CCC20D<br>File Hash: 49E12D3BF5F3B1C624F4FC473FC930AD04551547890C3E68B4427F4676B90D74 | 07-27-2022 06:01:02 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 25 | Info Hash: 7627AC9B7358467E5C4E2004A9A121D3BD0066AA<br>File Hash: 3156B337F7CB16A3AE5912A56D46F0D46168816BBC57E90E01FB8D068F43364F | 07-17-2022 18:10:44 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 26 | Info Hash: 16649E20E34DC97FD7365BFDAC7C7BC5ACC4B0AD<br>File Hash: 6DA17A2BE948F91471AE49E5CD1A3604411D2DFECB33C628A42B44FE5B9D6F98 | 07-10-2022 05:17:22 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 27 | Info Hash: 702047741BD1D2155A1F7CFA6A92344FDD1DCB8F<br>File Hash: 5C40C9B49F39A6CADA07B8A11C309F16A972C875A8898C80AA9BBD09B3555E94 | 07-06-2022 08:29:31 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 28 | Info Hash: 9385CCF1EE40800FDBD1286CD8B471951C12579D<br>File Hash: 740796E0F70BDBEFF833D5BE5D6F3FF05706DEB07B2D877769A7FA9C75EA081A | 06-27-2022 15:45:47 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 29 | Info Hash: AD70ACCBE92DF20D88663B12A5E7947F44737014<br>File Hash: BD82323E1CA203478828B46B4004766F774791C6EDCE6FE57B98B6E3DD3EE0C6 | 05-15-2022 12:49:49 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 30 | Info Hash: 6CE682A7B9A4BE696DDED0BF896FF031A0D250AE<br>File Hash: 52ECC1AEEE8664766B2E01C09EE85AAFDA70BA35DA26B31BDE2A86F33C3367BC | 05-15-2022 03:01:42 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |
| 31 | Info Hash: 622FFCA4D4612DBC22EF67D465178650B46BCC76<br>File Hash: 131CD0EB5ED41D037B63A5AABF70D357FCD1BC1E6E79F2A91C13C7FEEE7EC495 | 08-01-2021 20:39:57 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 32 | Info Hash: E84318F2F7FB9B4CDF76506BA67BC638FF1ECDCF<br>File Hash: 45A7F9EA7AC61A98A01FD9E9FFC5D770FAAD93AE5242172539E1F9585799486C | 04-28-2021 00:25:16 | Tushy | 12-02-2018 | 12-18-2018 | PA0002141917 |
| 33 | Info Hash: FD8F9B23CDCACD9166E097914FB107957A3326BF<br>File Hash: 0D99ACC40A6BFB0A5DCDA3D3BEBC3CA97CF09EB505795D4149AC4A5CDF48AB03 | 04-19-2021 17:36:27 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 34 | Info Hash: A13372D383B6487823771167C3024FF64D0BAF6F<br>File Hash: 966A72033B80F407CEC791BCFC86062A5AE505676C5DD0017BDB610154691AE2 | 03-31-2021 02:12:24 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 35 | Info Hash: 5F169DAE4E85879AAE8FCBCF527EA0630D1497EE<br>File Hash: 10DE94DB967780AACC7C86F50C57A7BCC6D10E867AE683245438A51A185E27D2 | 03-29-2021 20:01:00 | Vixen | 03-27-2020 | 04-17-2020 | PA0002246166 |