VIRTUESQ LLLC  
CHRISTIAN L. KAMAU    10996-0  
PO BOX 17098  
Honolulu, Hawaii 96817  
Phone: (808) 271-4537  
Email: christian@virtuesq.com  

Attorney for Plaintiff  
Strike 3 Holdings, LLC  

**IN THE UNITED STATES DISTRICT COURT**  
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 72.234.190.53,<br><br>Defendant. | CIVIL NO. 1:23-cv-00489-JMS-RT<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that all of its claims in this action against Defendant John Doe, subscriber assigned IP address 72.234.190.53 are voluntarily dismissed with prejudice. No answer or motion for summary judgment has been filed and no fees or costs are being sought.

DATED: Honolulu, Hawaii, March 28, 2024.

*[Space intentionally left blank.]*

1

Respectfully submitted,

/s/ *Christian L. Kamau*
CHRISTIAN L. KAMAU
Attorney for Plaintiff
Strike 3 Holdings, LLC

APPROVED AS TO FORM:



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Christian L. Kamau*
CHRISTIAN L. KAMAU, ESQ.

*Strike 3 Holdings, LLC vs. John Doe subscriber assigned IP address 72.234.190.53*, Civ. No. 1:23-cv-00489-JMS-RT, Plaintiff's Voluntary Dismissal with Prejudice of John Doe